# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>　　　vs.<br><br>CRYSTAL ROSE WILDE<br><br>　　　　　　　　　　Defendant. | Case No. 21-CR-00581-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

　　Ct 1 - 21:952, 960 - Importation Methamphetamine (Felony)

☒　Ct 2 - 21:952, 960 - Nphenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (Fentanyl) (Felony)

Dated:　4/20/2021

　　　　　　　　　　　　　　　　　　　Hon. Michael S. Berg
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge